IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIAZ, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:13-cv-736 LJO MJS (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(Doc. 9)<br><br>THIRTY DAY DEADLINE |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 7, 2013, Petitioner filed a motion to extend time to file objections to the findings and recommendation.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

　　Petitioner is granted thirty days from the date of service of this order in which to his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:　June 10, 2013　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE