IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOYLE WAYNE DAVIS, | 1:13-cv-736 LJO MJS (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| v. | |
| DIAZ, Warden, | (Doc. 9) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 7, 2013, Petitioner filed a motion to extend time to file objections to the findings and recommendation.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   June 10, 2013                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE